UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TYLER NAQUIN** | * | **CIVIL ACTION NO:** |
| | * | |
| **VERSUS** | * | **SECTION:** " " |
| | * | |
| **GULF/INLAND CONTRACTORS, INC., AND AMERICAN EQUITY UNDERWRITERS, INC.** | * | **JUDGE:** |
| | * | |
| | * | **MAGISTRATE JUDGE:** |
| | * | |
| | * | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Tyler Naquin ("Plaintiff"), who files this Complaint against Defendants, Gulf/Inland Contractors, Inc., and American Equity Underwriters, Inc., as follows:

**PARTIES**

**1.**

Plaintiff, Tyler Naquin, is a U.S. citizen and resident of Terrebonne Parish, Louisiana.

**2.**

Defendant, Gulf/Inland Contractors, Inc. ("Gulf/Inland"), is a Louisiana corporation with its principal place of business in Terrebonne Parish, Eastern District of Louisiana, doing business in this District and the State of Louisiana for the purpose of accumulating monetary profit, and may be served with process through its registered agent, Eddie Pullaro, 1054 West Tunnel Boulevard, Houma, Louisiana 70360.

**3.**

Defendant, American Equity Underwriters, Inc., ("American Equity") was at all times material, the marine liability insurer of Gulf/Inland and provided coverage to Gulf/Inland for its

1

Jones Act and general maritime law claims, and may be served with process through its registered agent, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

## JURISDICTION

### 4.

The Court has jurisdiction over the lawsuit under 28 U.S.C. §1333 because the suit involves admiralty and maritime jurisdiction.   This case is brought pursuant to the Jones Act 46 U.S.C. § 30104, Section 905(b) of the Longshoreman and Harbor Workers Act ("LHWCA") and for negligence under the general maritime law as applicable.

## VENUE

### 5.

Venue is proper pursuant to 28 U.S.C. § 1391.

## FACTS

### 6.

At all times material hereto, Plaintiff was employed by Defendant as a rigger.

### 7.

On or about January 29, 2018, Plaintiff was seriously injured while performing work for Defendant, Gulf/Inland, to decommission a platform located in inland waters. On that day, the crane operator went to lift a stairwell to move it to another barge, but negligently lost control, causing serious injury to Plaintiff, who was aiding the crane operator in guiding the chains of the crane to safety.

## NEGLIGENCE AND/OR GROSS NEGLIGENCE

### 8.

The serious and debilitating injuries suffered by Plaintiff were caused by the

negligence and/or gross negligence of Defendant, Gulf/Inland, in the following particulars, among others:

    (a)    failing to take reasonable precautions for Plaintiff's safety;

    (b)    failing to provide Plaintiff with a reasonably safe place to work; and

    (c)    other acts of negligence and/or omissions to be shown at trial herein.

## JONES ACT

**9.**

Plaintiff's injuries were suffered in the course of his employment and were caused by the negligence and/or gross negligence of Defendant, Gulf/Inland, its officers, agents, and/or employees, as described herein.

## UNSEAWORTHINESS

**10.**

Plaintiff's injuries were caused by Defendant, Gulf/Inland's, breach of its absolute duty to furnish a seaworthy vessel.

## MAINTENANCE AND CURE

**11.**

Plaintiff would show that on the above mentioned date, he was injured while in the service of the vessel. As a result, Defendant, Gulf/Inland, had, and continues to have, a non-delegable duty to provide Plaintiff with the benefits of maintenance and cure. Plaintiff would show that he has not reached maximum medical improvement and that Gulf/Inland's duties therefore continue. Gulf/Inland breached its absolute duty by denying payment of maintenance and cure. As a result of Gulf/Inland's failure to pay and/or delay in paying the benefits of maintenance and cure, Plaintiff has suffered further injuries and damages, for which

he now sues. Plaintiff would further show that Gulf/Inland's failure to provide the benefits of maintenance and cure was not only unreasonable, but was arbitrary and capricious, or willful, callous and persistent, and that, as a result thereof, Plaintiff is entitled to an award of damages for aggravation of his condition caused by Gulf/Inland's failure, as well as attorneys' fees, and punitive damages, for which he now sues, in addition to all other relief sought.

### SECTION 905(b)

**12.**

In the alternative, Plaintiff's injuries were suffered in the course of his employment and were caused by the negligence of the Defendant, Gulf/Inland, as described herein and as will be shown more fully at the time of trial, in violation of 33 U.S.C. § 905(b) of the Longshore and Harbor Worker's Compensation Act ("LHWCA § 905(b)").

### DAMAGES

**13.**

As a direct and proximate result of Defendant, Gulf/Inland's, negligence and/or gross negligence, Plaintiff suffered the following injuries and damages, including, but not limited to: (a) mental anguish in the past; (b) mental anguish that he is likely to sustain in the future; (c) lost earnings; (d) loss of earning capacity; (e) disfigurement; (f) physical impairment in the past; (g) physical impairment that he is likely to sustain in the future; (h) medical expenses in the past; (i) medical expenses that he is likely to incur in the future; (j) physical pain and suffering in the past; (k) physical pain and suffering that he is likely to sustain in the future; (l) pecuniary and non-pecuniary damages to which he is entitled, including punitive damages.

**WHEREFORE**, Plaintiff prays for judgment against Defendants for: actual damages in an amount exceeding the jurisdictional limits of this Court; prejudgment and postjudgment

interest; punitive damages and attorney's fees; costs of suit; and all other relief to which he may be entitled.

          Respectfully Submitted,

          **KOCH & SCHMIDT, LLC**

          */s/ R. Joshua Koch, Jr.*
          R. JOSHUA KOCH, JR., Bar Roll No. 7767
          KATHERINE W. LYNCH, Bar Roll No. 36726
          650 Poydras Street, Suite 2660
          New Orleans, Louisiana   70130
          Telephone: (504) 208-9040
          Facsimile: (504) 208-9041
          ***ATTORNEYS FOR PLAINTIFF***