UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| TYLER NAQUIN | * | CIVIL ACTION NO: 19-00677 |
| --- | --- | --- |
| VERSUS | * | |
| GULF/INLAND CONTRACTORS, INC., AND AMERICAN EQUITY UNDERWRITERS, INC. | * | JUDGE JANE TRICHE MILAZZO |
| | * | MAG. JUDGE JANIS VAN MEERVELD |

## ORDER

**CONSIDERING** the foregoing Ex-Parte Motion for Partial Dismissal filed by Plaintiff, Tyler Naquin:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the foregoing Ex-Parte Motion for Partial Dismissal is **GRANTED** and Defendant, American Equity Underwriters, is hereby dismissed, without prejudice, and reserving unto Tyler Naquin any and all rights he may have against any other party, entity or corporation, whether named or unnamed in this action.

New Orleans, Louisiana, this 8th day of May, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT