UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TYLER NAQUIN | * | CIVIL ACTION NO: 19-0677 |
| | * | |
| VERSUS | * | JUDGE: JANE TRICHE MILAZZO |
| | * | |
| GULF INLAND CONTRACTORS, INC., AND AMERICAN EQUITY UNDERWRITERS, INC. | * | MAG: JANIS VAN MEERVELD |

ORDER OF DISMISSAL

IT IS ORDERED that all matters which are the subject of Plaintiff's Original Complaint and any amending complaints herein be, and the same are hereby dismissed, with prejudice, as of compromise, with each party bearing its own costs.

New Orleans, Louisiana, this ___8th___ day of April, 2020.

_____
JUDGE